# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:04cr318-RJC-CH-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MICHAEL E. YOUNG, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's pro se "Motion Seeking Same Administration Remedy as Federal Inmates in Federal Holding Facility Awaiting Trial Grievance" (#46), which Defendant has styled as a civil action wherein he is the Plaintiff and "US Marshall" is the Defendant. Review of the pleadings reveals that Defendant is represented by counsel. Thus, the pro se Motion will be denied in accordance with Local Criminal Rule 47.1(H). Plaintiff is advised that if he wishes to file a civil action alleging that his rights have been violated, he may request appropriate forms from the Clerk of this Court. Plaintiff is further advised, however, that he has experienced counsel in this criminal matter and that any concerns he has related to his confinement may be addressed with counsel, who will work with Defendant in determining what relief, if any, should be pursued.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's pro se "Motion Seeking Same Administration Remedy as Federal Inmates in Federal Holding Facility Awaiting Trial Grievance " (#46)

is **DENIED** without prejudice.

    **SO ORDERED**.

Signed: January 11, 2012

David S. Cayer
United States Magistrate Judge